UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON T. REYNOLDS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>XU WENLI, TRUONG THI NGOC DIEM,<br><br>　　　　　　Defendants. | CASE NO. C22-1586 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

On November 8, 2022, the Court transmitted a letter to Plaintiff identifying her failure to satisfy the requirements of Local Civil Rule 3(a)—the filing of a civil cover sheet and a Copyright/Patent/Trademark Form. (Dkt. No. 2.) Plaintiff has not responded or filed either document. Plaintiff must file the required documents by no later than March 1, 2023. Failure to comply with this Minute Order may lead to dismissal of this action for failure to prosecute in accordance with Rule 41(b).

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed February 15, 2023.

Ravi Subramanian  
Clerk of Court

s/Serge Bodnarchuk  
Deputy Clerk

MINUTE ORDER - 2