UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANNON T. REYNOLDS,

        Plaintiff,

v.

XU WENLI, ET AL.,

        Defendants.

CASE NO. C22-1586 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

On April 25, 2023, the Court issued a Minute Order noting the Parties' failure to file a Joint Status Report as required by the Initial Scheduling Order. (Dkt. No. 7.) The Court ordered the Parties to file the Joint Status Report by June 6, 2023. (Id.) The Parties failed to comply with this deadline. The Parties must file a Joint Status Report consistent with the Court's prior Orders (Dkt. Nos. 5 & 7) by no later than July 21, 2023. Failure to comply with this deadline may lead to dismissal of this action for failure to prosecute in accordance with Rule 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed July 5, 2023.

                                    Ravi Subramanian  
                                    Clerk of Court

                                    s/Serge Bodnarchuk  
                                    Deputy Clerk

MINUTE ORDER - 2